IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **CRIMINAL** |
| v. | : | **CASE NO. 08-007** |
| | : | |
| **ERNEST BEASLEY,** | : | |
| Defendant. | : | |
| | : | |

**O R D E R**

AND NOW, this 5th day of August, 2011, upon consideration of the pleadings and the record, it is hereby ORDERED that:

1. The Government's Motion to Dismiss Defendant's Motion under 28 U.S.C. § 2255 is GRANTED;

2. Ernest Beasley's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct his sentence is DENIED and DISMISSED;

3. There exists no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability; and

4. The Clerk of Court shall close this matter for statistical purposes.

**BY THE COURT:**

/s/ C. Darnell Jones, II

**C. DARNELL JONES, II, J.**